Case Name: BRIAN OSTROWSKI
              TRACEY A. OSTROWSKI
Case No:    07 B 70662

## CERTIFICATION OF REVIEW

     The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 09/14/07                         WILLIAM T. NEARY
                                                  United States Trustee, Region 11


                                             BY:   __/s/_____
                                                        CAROLE J. RYCZEK
                                                        Attorney for the U.S. Trustee