IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>OSTROWSKI, BRIAN W<br>OSTROWSKI, TRACEY A | \|<br>\|<br>\|    CASE NO. 07-70662 MB<br>\|<br>\|    Judge Manuel Barbosa |
| Debtor(s) | \| |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION,
(AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO  the Debtor(s), Creditors, and other Parties in Interest:

1.     NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a
hearing will be held

    At:     U.S. BANKRUPTCY COURT
            211 South Court Street, Room 220
            Rockford, IL  61101

    on:     November 19, 2007
    at:     1:00 p.m.

2.     The hearing will be held for the purpose of examining the Trustee's Final Report, ruling
on any objections to the Final Report, ruling on applications for compensation and
expenses, and transacting such other business as may be properly noticed before the
Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS
NOT REQUIRED.

3.     The following applications for compensation have been filed:

| APPLICANT | COMPENSATION<br>PREVIOUSLY PAID | FEES NOW<br>REQUESTED | EXPENSES |
|---|---|---|---|
| JAMES E. STEVENS<br>Trustee | $        0.00 | $      2,852.17 | |
| BARRICK, SWITZER LAW<br>FIRM<br>Trustee's Firm Legal | $        0.00 | $      1,692.00 | |

4.  The Trustee's Final Report shows total:

    a.  Receipts                              $_____21,021.68

    b.  Disbursements                         $_____0.00

    C.  Net Cash Available for Distribution   $_____21,021.68

5.  In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $2,362.18.  Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $14,115.33, to be distributed to the general unsecured creditors whose claims have been allowed.  The total amount of unsecured claims which will share in the distribution is $253,531.69, resulting in an approximate distribution of 5.57% to unsecured creditors.

6.  The debtor has been discharged.

7.  The Trustee proposed to abandon the following property at the hearing:

    See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.


DATE:  10/23/07                    /S/ James E. Stevens
                                   James E. Stevens

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

District/off: 0752-3          User: cshabez          Page 1 of 2          Date Rcvd: Oct 24, 2007
Case: 07-70662               Form ID: pdf002         Total Served: 60

The following entities were served by first class mail on Oct 26, 2007.
| | | |
|---|---|---|
| db | +Brian W Ostrowski, | 5071 Blackwood Road, Davis Junction, IL 61020-9527 |
| jdb | +Tracey A Ostrowski, | 5071 Blackwood Road, Davis Junction, IL 61020-9527 |
| aty | +Dennis M McDougall, | Crosby & Associates, 475 Executive Parkway, Rockford, IL 61107-6629 |
| tr | +James E Stevens, | Barrick, Switzer, Long, Balsley & Van Ev, 6833 Stalter Drive, Rockford, IL 61108-2579 |
| 11255377 | +A Law Office Of Crosby & Associates PC, | Michael S Crosby President, 475 Executive Parkway, Rockford, IL 61107-6629 |
| 11255378 | +Alpine Bank Of Illinoi, | 1700 N Alpine Rd, Rockford, IL 61107-1459 |
| 11255379 | +Associated Bank, | 1305 Main Street, Stevens Point, WI 54481-2898 |
| 11255380 | +Associates/citibank, | Po Box 6003, Hagerstown, MD 21747-6003 |
| 11255381 | Banner Life Insurance Company, | P.O. Box 740526, Atlanta, GA 30374-0526 |
| 11255382 | +Capital 1 Bk, | 11013 W Broad St, Glen Allen, VA 23060-5937 |
| 11255383 | +Chase, | 800 Brooksedge Blvd, Westerville, OH 43081-2822 |
| 11359559 | +Chase Bank USA, N.A., | c/o Weinstein & Riley, P.S., 2101 4th Avenue, Suite 900, Seattle, WA 98121-2339 |
| 11255384 | +Citibank, | Po Box 6241, Sioux Falls, SD 57117-6241 |
| 11255385 | +Cons Coop Cu, | 2750 Washington Pob 860 First Flr, Waukegan, IL 60079-0860 |
| 11255386 | +Consumers Coop Cred Un ?, | 2750 Washington St, Waukegan, IL 60085-4900 |
| 11255387 | Countrywide Home Loans, | P.O. Box 650070, Dallas, TX 75265-0070 |
| 11255388 | +Courier Printing, Inc., | 323 N. Second Street, Rockford, IL 61107-4058 |
| 11255389 | +Creditors' Protection Service, Ins., | P.O. Box 4115, 202 West State Street, Rockford, IL 61101-1163 |
| 11255390 | +Cumulus Media-Rockford (COM), | 3901 Brendenwood Road, Rockford, IL 61107-2246 |
| 11255391 | +David Babbs, | 225 N. State, Belvidere, IL 61008-3208 |
| 11255392 | +Dell Financial Svcs, | 12234 N Ih 35 Sb Bldg B, Austin, TX 78753-1705 |
| 11255393 | +Department Of The Treasury, | Payment For Chapter 13, P.O. Box 21125, Philadelphia, PA 19114-0325 |
| 11255394 | +Dickler, Kahn, Slowikowski & Zavell, Ltd, | 85 W. Algonquin Rd., Suite #420, Arlington Heights, IL 60005-4419 |
| 11255395 | +++Dika- Rockford L.L.C., | c/o Bradley A Smith, 203 N LaSalle St. Ste. 2300, Chicago IL 60601-1243 |
| 11255397 | +Dr Spot INC, | % David Mayfield, 4023 Charles St, Rockford, IL 61108-6135 |
| 11255398 | +First Data, | 265 Broad Hollow R, Melville, NY 11747-4802 |
| 11255399 | First Equity Card, | P.O. Box 23029, Columbus, GA 31902-3029 |
| 11255400 | +George Meris, | % George Hampilos, 308 West State St. Suite 210, Rockford, IL 61101-1140 |
| 11255401 | +Grand Marsh Bank, | P.O. Box 10, 501 N. Main St., Adams, WI 53910-9654 |
| 11255402 | +Hsbc/mnrds, | 90 Christiana Rd, New Castle, DE 19720-3118 |
| 11255403 | Illinois Department Of Revenue, | PO Box 19468, Springfield, IL 62794-9468 |
| 11255404 | +Leather-Rich Inc., | P.O. Box 23, 1250 Corporate Center Drive, Oconomowoc, WI 53066-4834 |
| 11255405 | +Lipke-Kentex Corporation, | 5500 W. Touhy Ave. - Unit P, Skokie, IL 60077-3258 |
| 11255406 | +Manny Meris, | %George Hampilos, 308 West State St. Suite 210, Rockford, IL 61101-1140 |
| 11255407 | +Members Choice Comm Cu, | 1116 S 14th St, Clinton, IA 52732-6406 |
| 11255408 | +Monogram Bank N America, | Po Box 17054, Wilmington, DE 19884-0001 |
| 11255375 | +Ostrowski Brian W, | 5071 Blackwood Road, Davis Junction, IL 61020-9527 |
| 11255376 | +Ostrowski Tracey A, | 5071 Blackwood Road, Davis Junction, IL 61020-9527 |
| 11316254 | Patricia Jobson, | 3609 Edelweiss, Rockford, IL 61109 |
| 11255410 | +Positek Inc., | DBA Dry Cleaning Computer Sys, 1210 Stanbridge Street, Norristown, PA 19401-5320 |
| 11255411 | RDK Collection Services, Inc., | 2899 E. Big Beaver Road PMB 313, Troy, MI 48083-2466 |
| 11255412 | +Rockford Chemical, | 915 W. Perry, Belvidere, IL 61008-3498 |
| 11255413 | +Rockford Orthopedic Associates, | 324 Roxbury Road, Rockford, IL 61107-5090 |
| 11255414 | +Rockford Orthopedic Surgery Center, | 346 Roxbury Road, Rockford, IL 61107-5090 |
| 11255415 | Schlueter Ecklund, | 4023 Charles Street, Rockford, IL 61108-6199 |
| 11255416 | +Thomas A. Green, | 6833 Staler Dr., 1st Floor, Rockford, IL 61108-2579 |
| 11255417 | +Tom & Lauren Hartung, | 1804 Madison Road, Beloit, WI 53511-3219 |
| 11443931 | +Tri Supply Company, Inc., | c/o Barrick, Switzer, Long, Balsley & Va, 6833 Stalter Drive, First Floor, Rockford, IL 61108-2579 |
| 11255418 | +Tri-Supply Company, | 955 Industrial Ct, Loves Park, IL 61111-7512 |
| 11255419 | +Valpak Of Northern Illinois, | 5129 W. Franklin Drive, Franklin, WI 53132-8662 |
| 11255420 | Wachovia Small Business Capital, | 1620 E Roseville Pkwy Suite 100, Roseville, CA 95661-3303 |
| 11255421 | +Wash Mutual/providian, | Po Box 660509, Dallas, TX 75266-0509 |
| 11255422 | +West Gage Resorts, | 2801 Professional Parkway, Ocoee, FL 34761-2965 |
| 11255423 | +Wilcop & Giolitto, LLP, | 415 South Mulford Road, Rockford, IL 61108-3011 |
| 11350232 | +Yellow Book USA, | c/o RMS Bankruptcy Recovery Services, POB 5126, Timonium, MD 21094-5126 |
| 11255424 | Yellow Book USA-West, | P.O. Box 6448, Carol Stream, IL 60197-6448 |

The following entities were served by electronic transmission on Oct 25, 2007.
| | | |
|---|---|---|
| 11255396 | E-mail/PDF: mrdiscen@discoverfinancial.com Oct 25 2007 04:38:32 | Discover Fin, Pob 15316, Wilmington, DE 19850 |
| 11351498 | E-mail/PDF: mrdiscen@discoverfinancial.com Oct 25 2007 04:38:32 | Discover Bank/Discover Financial Services, PO Box 3025, New Albany OH 43054-3025 |
| 11505562 | E-mail/Text: resurgentbknotifications@resurgent.com | LVNV Funding LLC its successors and assigns as, assignee of Washington Mutual, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 11255409 | E-mail/Text: bankrup@nicor.com | NICOR, P.O. Box 416, Aurora, IL 60568-0001 |

TOTAL: 4

```
District/off: 0752-3          User: cshabez          Page 2 of 2          Date Rcvd: Oct 24, 2007
Case: 07-70662               Form ID: pdf002         Total Served: 60
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*      +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
           Rockford, Il 61108-2579
                                                                          TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 26, 2007**                    **Signature:**