IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
OSTROWSKI, BRIAN W
OSTROWSKI, TRACEY A

Debtor(s)

CASE NO. 07-70662 MB

Judge Manuel Barbosa

**TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE**

TO: THE HONORABLE BANKRUPTCY JUDGE MANUEL BARBOSA

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks were issued. All evidence of all cancelled checks are attached as Group Exhibit "A" except for check no. 103 made payable to the Illinois Department of Revenue in the amount of $2,362.18 which was returned to us as having been paid.

The final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, request that he be discharged, and the case closed pursuant to 11 U.S.C. Section 350.

TRUSTEE, JAMES E. STEVENS

CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated: March 18, 2008

WILLIAM T. NEARY,
United States Trustee

By: Carole Ryczek, Attorney for the U.S. Trustee

BARRICK, SWITZER, LONG
BALSLEY & VAN EVERA
BY: JAMES E. STEVENS
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

**VOID AFTER 90 DAYS**

103
1-2 / 210

| Case | Debtor |
|---|---|
| 07-70662 MB | OSTROWSKI, BRIAN W |
| 312096990266 | OSTROWSKI, TRACEY A |

Dividend paid 100.00% on $2,362.18; Claim# 8; Filed: $2,362.18; Reference:

TID #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Date 11/26/2007

$ *******2,362.18

~~~Two Thousand Three Hundred Sixty-Two Dollars and 18/100

Pay to the Order of
Illinois Department Of Revenue
PO Box 19468
Springfield IL 62794-9468

Void

JAMES E. STEVENS

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈00000103⑈ ⑆021000021⑆312096990266⑈
~~~

JPMorganChase

November 01, 2007 through November 30, 2007
Primary Account: **000312096990265**

# IMAGES

ACCOUNT # 000312096990266

008870106718 NOV 27 #0000000101 $2,852.17

008870106718 NOV 27 #0000000101 $2,852.17

008870106717 NOV 27 #0000000102 $1,692.00

008870106717 NOV 27 #0000000102 $1,692.00

JPMorganChase

November 01, 2007 through November 30, 2007
Primary Account: **000312096990265**

ACCOUNT # 000312096990266

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 105

07-70662 MB OSTROWSKI, BRIAN W
312096990266 OSTROWSKI, TRACEY A

JAMES E. STEVENS
6431 STALTER
ROCKFORD IL 61108

78-2251-9004

Date 11/26/2007 $ *********253.08

---Two Hundred Fifty-Three Dollars and 08/100

Discover Bank/Discover Financial Services
PO Box 3025
New Albany OH 43054-3025

RECEIVED NRC
NOV 28 2007

JAMES E. STEVENS

⑈00000105⑈ ⑆021000021⑆312096990266⑈ ⑈0000025308⑈

008870455212 NOV 30 #0000000105 $253.08

>031100649<
DISCOVER BANK
DOVER DE

FOR DEPOSIT ONLY

8870455212

008870455212 NOV 30 #0000000105 $253.08

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

11/30/2007

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS

---Two Hundred Eighty-Five Dollars and 27/100

⑈00000106⑈ ⑆021000021⑆ 312096990266⑈ ⑈0000028527⑈

008470429224 NOV 30 #0000000106 $285.27

CREDIT TO THE ACCT OF THE WITHIN NAMED PAYEE

Do not endorse or write below this line.

3445255659

008470429224 NOV 30 #0000000106 $285.27

Case 07-70662 Doc 50 Filed 03/25/08 Entered 03/25/08 12:49:26 Desc Main Document Page 5 of 15

**JPMorganChase**

December 01, 2007 through December 31, 2007
Primary Account: **000312096990265**

IMAGES

ACCOUNT # 000312096990266




008570843768 DEC 11 #0000000104 $65.96



008570843768 DEC 11 #0000000104 $65.96



008870657220 DEC 10 #0000000108 $247.76



008870657220 DEC 10 #0000000108 $247.76

Page 4 of 6

JPMorganChase

November 01, 2007 through November 30, 2007
Primary Account: **000312096990265**

## ACCOUNT # 000312096990266

008670603179 NOV 28 #0000000107 $459.80

008670603179 NOV 28 #0000000107 $459.80

008870591904 NOV 30 #0000000109 $6,209.36

008870591904 NOV 30 #0000000109 $6,209.36

JPMorganChase

November 01, 2007 through November 30, 2007
Primary Account: 000312096990265

ACCOUNT # 000312096990266

008770359457 NOV 28 #0000000110 $250.56

008770359457 NOV 28 #0000000110 $250.56



JPMorganChase

December 01, 2007 through December 31, 2007
Primary Account: **000312096990265**

ACCOUNT # 000312096990266

008870627072 DEC 05 #0000000111 $48.67

008870627072 DEC 05 #0000000111 $48.67

008370834995 DEC 06 #0000000112 $2,982.31

008370834995 DEC 06 #0000000112 $2,982.31

JPMorganChase

December 01, 2007 through December 31, 2007
Primary Account: 000312096990265

ACCOUNT # 000312096990266

108570609112 DEC 12 #0000000113 $3,344.60

108570609112 DEC 12 #0000000113 $3,344.60

00231130030010011424



JPMorganChase

February 01, 2008 through February 29, 2008
Account Number: **000312096990266**

ACCOUNT # 000312096990266
OSTROWSKI BRIAN W
07-70662

## IMAGES

JPMORGAN CHASE BANK, N.A. Claim # 3190545?? VOID AFTER 90 DAYS 114

| Case | Debtor |
|---|---|
| 07-70662 MB | OSTROWSKI, BRIAN W |
| 312096990266 | OSTROWSKI, TRACEY A |

JAMES E STEVENS
ROCKFORD IL 61108

Date 01/30/2008 $ ***********11.01

---Eleven Dollars and 01/100

Pay to the Order of: Yellow Book USA, c/o RMS Bankruptcy Recovery Services, POB 5126, Timonium MD 21094

JAMES E. STEVENS

⑈0000011⑈ ⑆021000021⑆312096990266⑈ ⑈0000001101⑈

008770857573 FEB 12 #0000000114 $11.01

008770857573 FEB 12 #0000000114 $11.01

008770633509 FEB 04 #0000000115 $42.26

008770633509 FEB 04 #0000000115 $42.26

JPMorganChase

February 01, 2008 through February 29, 2008
Account Number: 000312096990266

ACCOUNT # 000312096990266
OSTROWSKI BRIAN W
07-70662

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 116

Case 07-70662 MB / 312096990266 — Debtor OSTROWSKI, BRIAN W / OSTROWSKI, TRACEY A

JAMES E. STEVENS

Date 01/30/2008 $ **********47.63

---Forty-Seven Dollars and 63/100

Pay to the Order of: Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle WA 98121

JAMES E. STEVENS

008370672917 FEB 06 #0000000116 $47.63

CREDIT TO THE ACCT OF THE NAMED PAYEE-W/O PREJUDICE; WELLS FARGO BANK SEATTLE WA 98188

008370672917 FEB 06 #0000000116 $47.63

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 117

Case 07-70662 MB / 312096990266 — Debtor OSTROWSKI, BRIAN W / OSTROWSKI, TRACEY A

JAMES E. STEVENS

Date 01/30/2008 $ **********76.77

---Seventy-Six Dollars and 77/100

Pay to the Order of: Rockford Orthopedic Surgery Center 346 Roxbury Road Rockford IL 61107

JAMES E. STEVENS

004910826844 FEB 19 #0000000117 $76.77

004910826844 FEB 19 #0000000117 $76.77

JPMorganChase

February 01, 2008 through February 29, 2008
Account Number: 000312096990266

ACCOUNT # 000312096990266
OSTROWSKI BRIAN W
07-70662

008770026113 FEB 04 #0000000118 $41.37

008770026113 FEB 04 #0000000118 $41.37

008770888301 FEB 04 #0000000119 $1,036.78

008770888301 FEB 04 #0000000119 $1,036.78

JPMorganChase

February 01, 2008 through February 29, 2008
Account Number: 000312096990266

ACCOUNT # 000312096990266
OSTROWSKI BRIAN W
07-70662

008670792778 FEB 01 #0000000120 $41.84

008670792778 FEB 01 #0000000120 $41.84

008370126446 FEB 08 #0000000121 $8.13

008370126446 FEB 08 #0000000121 $8.13

JPMorganChase

February 01, 2008 through February 29, 2008
Account Number: 000312096990266

ACCOUNT # 000312096990266
OSTROWSKI BRIAN W
07-70662

009170557739 FEB 06 #0000000122 $497.95

009170557739 FEB 06 #0000000122 $497.95

009170557740 FEB 06 #0000000123 $558.44

009170557740 FEB 06 #0000000123 $558.44

JPMorganChase

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

February 01, 2008 through February 29, 2008
Account Number: 000312096990266

**CUSTOMER SERVICE INFORMATION**

Service Center: 1-800-634-5273

00016581 DBI 802 24 06308 - NNN 1 000000000 60 0000

07-70662 OSTROWSKI BRIAN W
OSTROWSKI TRACEY A DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

00165810601000000026

## CHECKING SUMMARY

Bankruptcy Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,362.18** |
| Checks Paid | 10 | - 2,362.18 |
| **Ending Balance** | **10** | **$0.00** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 114 | 02/12 | $11.01 |
| 115 | 02/04 | 42.26 |
| 116 | 02/06 | 47.63 |
| 117 | 02/19 | 76.77 |
| 118 | 02/04 | 41.37 |
| 119 | 02/04 | 1,036.78 |
| 120 | 02/01 | 41.84 |
| 121 | 02/08 | 8.13 |
| 122 | 02/06 | 497.95 |
| 123 | 02/06 | 558.44 |
| **Total Checks Paid** | | **$2,362.18** |

06331130030010011018

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 02/01 | $2,320.34 |
| 02/04 | 1,199.93 |
| 02/06 | 95.91 |
| 02/08 | 87.78 |
| 02/12 | 76.77 |
| 02/19 | 0.00 |